# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3666
LT Case No. 2022-CF-10246-A

_____

ALIJAH GADSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan, Assistant Public Defender, Daytona Beach, for Appellant.

Alijah Gadson, Sneads, pro se.

James Uthmeier, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.


April 25, 2025


PER CURIAM.

    Alijah Gadson appeals his judgment and sentence following a jury trial. Gadson was found guilty of attempted manslaughter (with a special finding that he carried a firearm) and shooting or

throwing deadly missiles. He was sentenced to fifteen years on both counts to run consecutively. The State requested, and the trial court awarded, $5,132.43 costs of prosecution; the written cost order included an award for $100 of prosecution costs as well as the requested $5,132.43.

We affirm Gadson's judgment and sentence, but remand for a corrected judgment striking the duplicative $100 of prosecution costs, as the statute does not allow for the imposition of both the standard $100 prosecution costs and the requested higher amount. *See* § 938.27(8), Fla. Stat. (2024) ("Costs for the state attorney must be set in all cases at no less than . . . $100 per case when a felony offense is charged . . . . The court may set a higher amount upon a showing of sufficient proof of higher costs incurred.").

AFFIRMED and REMANDED with instructions.


MAKAR, WALLIS, and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————